

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Danny L Canterbury             #3416830

_(Enter above the full name of the plaintiff or plaintiffs in this action)._    _(Inmate Reg. # of each Plaintiff)_

**VERSUS**    CIVIL ACTION NO. 2:19-cv-00586
    _(Number to be assigned by Court)_

Timothy King

_(Enter above the full name of the defendant or defendants in this action)_

## COMPLAINT

I.  **Previous Lawsuits**

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes _____    No __✓__

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: Danny L Canterbury

   Defendants: Timothy King

2. Court (if federal court, name the district; if state court, name the county);

   Southern

3. Docket Number: Not Recieved yet

4. Name of judge to whom case was assigned: Not Recieved yet

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   Just mailed in the same Day this one was

6. Approximate date of filing lawsuit: 7/22/19

7. Approximate date of disposition: N/A

II. Place of Present Confinement: South Western Regional Jail

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓    No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ✓    No ____

    C. If you answer is YES:

        1. What steps did you take? I filled out a grievance concerning the matter

        2. What was the result? ____

    D. If your answer is NO, explain why not: ____

III. Parties

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Danny L Canterbury

       Address: 1300 Gaston Caperton Drive, Holden WV 25625

    B. Additional Plaintiff(s) and Address(es): ____

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Timothy King

is employed as: Superintendent

at South Western Regional Jail

D. Additional defendants: _____

IV. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I'm to Be Housed in the RSAT Program here at South Western Regional Jail and this program doe's not have Doc contact visitation as all other Doc RSAT Programs Do. This facility also Does not Have recreation on grass like All the other Doc RSAT programs Do.

## IV. Statement of Claim (continued):

Timothy King is the Superintendent here at SouthWestern Regional Jail and does not provide DOC RSAT Program's regulations to inmates at his facility

## V. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

I want this facility to have the same rights Ass All other DOC RSAT programs do. I Also want to Be Housed in A RSAT program with contact visitation and recreation on grass like all other DOC RSAT programs Do.

Timothy King is the Superintendent

5

V.  **Relief (continued)):**

_____
_____
_____
_____
_____

VII. **Counsel**

    A.  If someone other than a lawyer is assisting you in preparing this case, state the person's name:

        *No*

    B.  Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____   No ✓

    If so, state the name(s) and address(es) of each lawyer contacted:

_____

    If not, state your reasons: *I have no way of contacting an outside lawyer*

    C.  Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____   No ✓

6

If so, state the lawyer's name and address:

_____

_____

Signed this __22__ day of __July__, 20_19_.

_____
*Danny Lee Canterbury*
IH 3416830
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __22 July 2019__.
          (Date)

_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)